AO 91 (REV.5/85) Criminal Complaint　　　　　　　　　　　　　　　　　AUSA VALARIE HAYS, (312) 353-5356

**DOCKETED**
JUL 1 2 2002

# UNITED STATES DISTRICT COURT

NORTHERN　　　　DISTRICT OF　　ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DOUGLAS J. SCHULTZ

(Name and Address of Defendant)

**FILED**
JUL 1 1 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAGISTRATE JUDGE DENLOW

**CRIMINAL COMPLAINT**

CASE NUMBER: **02CR0679**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___On or about July 10, 2002,___ in Cook County, in the Northern District of ___Illinois___ defendant(s) did,

(Track Statutory Language of Offense)

travel in interstate commerce for the purpose of engaging in a sexual act with a person under 18 years of age,

in violation of Title ___18___ United States Code, Section(s) ___2423(b)___.

I further state that I am a(n) ___U.S. Postal Inspector___ and that this complaint is based on the following facts:
　　　　　　　　　　　　　　　　　Official Title

Continued on the attached sheet and made a part hereof: _X_ Yes ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___July 11, 2002___　　　　　　　　　　　　at　___Chicago, Illinois___
Date　　　　　　　　　　　　　　　　　　　　　　　　City and State

U.S. Magistrate Judge Morton Denlow　　　　　　　_____
Name & Title of Judicial Officer　　　　　　　　　　Signature of Judicial Officer

```
STATE OF ILLINOIS    )
                     )  SS
COUNTY OF COOK       )
```

## AFFIDAVIT

I, Robert A. Williams, being duly sworn, do hereby depose and state:

1. I am a United States Postal Inspector and have been so employed since July of 1984. Since February of 1992, I have coordinated the activities of the Northern Illinois Division's Federal Child Exploitation Strike Force, which is comprised of federal, state, county and local law enforcement officers. The purpose of the Strike Force is to identify persons seeking to sexually exploit or abuse minors. In addition to my experience, I have received extensive training in the investigation of child sexual exploitation and computer-related child sexual exploitation crimes. I have personal knowledge in the operation of a computer.

2. The information contained within this affidavit is based on my personal observations or training and information related to me by other law enforcement officers. This affidavit also sets forth a summary of communications between me and the defendant's email. This affidavit does not contain everything I know about this investigation or all information, including email communications, obtained during the course of this investigation.

3. This affidavit is made in support of a complaint charging DOUGLAS SCHULTZ with violating Title 18, United States Code, Section 2423(b), which states:

> [a] person who travels in interstate commerce, or conspires to do so, or a United States citizen...who travels in foreign commerce, or conspires to do so, for the purpose of engaging in any sexual act (as defined in Section 2246) with a person under the age of 18 years of age that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States shall be fined under this title, or imprisoned not more than 10 years, or both.

4. The Internet is a worldwide computer network that connects computers and allows communications and the transfer of data and information across state and national boundaries. Individuals who use the Internet can communicate with each other by using electronic mail, also known and referred to herein as "email", or using instantaneous private messaging communications. Email is an electronic form of communication that can contain letter-type correspondence and graphic images. Email is similar to conventional paper-type mail in that it is addressed from one individual to another. Instantaneous communications over the Internet (Instant Messages) allow two persons to communicate with each other privately and immediately where email presents a delay in communication. An email message usually contains a header that gives the screen name, the identity of the Internet access provider, and the return address on the Internet of the individual who originated the message or graphic.

5. America on Line (AOL), based in Dulles, Virginia, allows users to communicate and transfer files. Communications can occur privately

between two users or among a group. Communications that occur privately and in real-time between two users are called Instant Messages (IM's). AOL serves customers located throughout the world. An AOL user is specifically identified by the screen name that he or she entered in connecting to AOL. A user has one master screen name for the account and can have as many as six more screen names that can be used by the owner of the account. AOL does not permit duplication of screen names; if a screen name is in use by one subscriber, it cannot be used by another subscriber.

6. As part of my duties, I often enter chat rooms on the Internet while posing as a minor female. Chat rooms are areas of the Internet that allow users to enter and discuss topics of mutual interest.

7. On June 17, 2002 at approximately 8:00p.m., I was online in an America On Line chat room titled "yngrlsiluv". I was posing as a 13-year-old female named Tina. I received an unsolicited Instant Message(IM) from a person using the screen name "SCHULTZD94" (hereinafter "SCHULTZ"). SCHULTZ asked me what town I lived in, and I told him Chicago. He told me that he was a former resident of Vernon Hills, Il.

8. SCHULTZ asked me whether I had ever met in person with any men from AOL. I told him no. He asked if I had been with any older men for sex, and I told him no. He asked me if I wanted to do more than kissing. I told him "sure someday". SCHULTZ asked me if I

ever masturbated and if I was home alone. He also asked if he could call me on the telephone. I told him no because my mother was home.

7. Over the next few weeks, I had additional computer chats with SCHULTZ. In many of these chats, SCHULTZ expressed his desire to travel to Chicago from his residence in North Carolina to have sex with a female whom he believed to be 13 years of age. Some examples of those chats are as follows:

June 18, 2002
"...u[sic] interested in getting[sic] together this weekend?..."
"...u[sic] got a bf?[sic]...u[sic] been with any?... snuck out?...ready for lots more?..."
"...if u[sic]want we could get u[sic]some wine or whatever...i know we just met-but-make love to you... u[sic]ready for that?..."

June 27, 2002
"...u[sic]wanna hook up saturday night?...u ready to meet me soon?...like around the 11th?...u ready for that?... ready for penetration?...gotta do it some day...u want to start with me?...

8. On June 27, 2002, pursuant to SCHULTZ's requests, I sent him a picture of another law enforcement agent when she was 13 years old, and said that it was a picture of myself.

9. On July 1, 2002, at approximately 4:00pm, Cook County Sheriff's Deputy Janet Staszel, posing as the minor female, had a telephone conversation with SCHULTZ. During this conversation, SCHULTZ told Deputy Staszel that he would be in Chicago on July 11th and asked her if she would like to meet him. She agreed. He asked her if she was

ready to "go all the way". She said she thought she was. He asked her if she knew of any local hotels that he could take her to when he was in Chicago. Deputy Staszel told him there were many hotels near her home. SCHULTZ asked her if she wanted to "give a blow job". She said yes. He told her that he wanted to perform oral sex on her. He told her that if they liked each other, he would return to Chicago in the future to meet with her.

10. On July 6, 2002, I had another undercover computer chat with SCHULTZ. During this chat, SCHULTZ told me that he received my picture in the mail and he loved it. He told me that he could not wait to make love to me. He asked if I had found a nice hotel. I told him that a Holiday Inn was near my house and provided him with the telephone number. He told me that he hoped our meeting would be the first of many meetings to come. SCHULTZ told me that he had dyed his hair blond and red. He told me that when he performed intercourse, he would wear a condom. He asked me if I wanted to perform oral sex on him and ingest his semen. I told him I would try. He told me that I would become a woman on Wednesday. We agreed to meet on the evening of July 10th at a McDonalds restaurant located in Forest Park, Illinois.

11. On July 9, 2002, I recovered an email that SCHULTZ sent to my undercover persona of a minor female. In it, SCHULTZ told me that he was leaving North Carolina by airplane at 4:00pm on July 10th. He said he would pick up a rental car and should be available to meet with me around 8:00pm. He told me that I could call him at 8:00pm and he would update his status.

12. On July 10, 2002, I spoke to personnel at the Hillside Holiday Inn and verified that a room had been reserved for Wednesday, June 10, 2002 in the name of DOUGLAS SCHULTZ.

13. On July 10, 2002, I communicated with SCHULTZ before he left on his trip to Chicago. During that online chat, SCHULTZ told me that he

was bringing me a "special gift."

14. On July 10, 2002, at approximately 6:30 p.m., surveillance units observed defendant DOUGLAS SCHULTZ arrive at the McDonalds restaurant located at Madison and DesPlaines in Forest Park, Illinois. Defendant SCHULTZ entered the restaurant and approached Deputy Staszel, who was posing as the minor female. Defendant SCHULTZ approached her and said "Hi, Tina." She said "Your hair doesn't look that bad." He then put his arms out and said "Give me a hug." After he hugged undercover Deputy Staszel, he was then arrested by members of the Strike Force.

15. Defendant SCHULTZ was advised of his Miranda rights. He stated that he understood his rights and was willing to answer questions. He also signed consent to search forms for locations that included his residence in North Carolina, personal vehicle, rental car, his laptop computer, his desk top computer in his residence, other computers, and his AOL account.

16. Defendant SCHULTZ admitted that he has an account with America On Line and one of the screen names he uses is "SCHULTZD94". He admitted that he corresponded via computer with a person in Chicago whom he believed to be a 13 year-old female.

17. Defendant SCHULTZ further admitted that he and Tina discussed him traveling to Chicago from his residence in North Carolina to have sex with her. Defendant SCHULTZ admitted that he went to the McDonalds restaurant that evening to meet with the "girl" and take her to the Hillside Holiday Inn, where he had rented a room. He admitted that he planned to have sex with her in the hotel and then take her home in the morning. He also admitted that he had brought her the "special gift" that he had mentioned to Tina. The gift was a locket bearing the number 92 in gold. Defendant SCHULTZ further admitted that he would have engaged in sexual intercourse with Tina had she consented.

18. In regard to his criminal history, defendant SCHULTZ admitted that he had been arrested in the past and convicted for public indecency. He further admitted that he had exposed himself in a public park and that some of the people who saw him might have been young children.

19. A search of defendant SCHULTZ'S home in North Carolina resulted in the seizure of three desktop computers, numerous floppy disks and CD rooms, and numerous emails between the defendant and people using screen names suggesting that they were young girls. A search of defendant's rental car resulted in the seizure of six condoms, the photograph and letter I mailed to him on June 27th with a picture of a young girl that was supposed to be Tina, and the "special gift" he was bringing Tina, which was a locket.

20. Based on the evidence described in this affidavit and my experience and training, I believe there is probable cause that beginning on or about July 10, 2002, at Forest Park, in the Northern District of Illinois, Eastern Division, and elsewhere, defendant SCHULTZ traveled in interstate commerce for the purpose of engaging in a sexual act with a person under the age of 18, in violation of Title 18, United States Code, Sections 2423(b).

ROBERT A. WILLIAMS
U.S. POSTAL INSPECTOR

SWORN TO AND SUBSCRIBED IN
MY PRESENCE THIS 11TH DAY OF JULY, 2002

MORTON DENLOW
UNITED STATES MAGISTRATE JUDGE