**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 2 1 2003

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 02 CR 679 |
| | ) | Violations: Title 18 United |
| DOUGLAS J. SCHULTZ | ) | States Code, Sections 2422(b), |
| | ) | 2423(b) and 2253 |

DOCKETED

JAN 2 2 2003

JUDGE GOTTSCHALL

MAGISTRATE JUDGE DENLOW

<u>COUNT ONE</u>

The UNITED STATES ATTORNEY charges:

1. At times material to this information:

   a. Defendant DOUGLAS J. SCHULTZ resided in North Carolina.

   b. America OnLine ("AOL") was a company offering computer-related communications services, including e-mail and "instant messages," to its subscribers. Through the use of a computer, AOL subscribers were able to communicate with other AOL subscribers by way of e-mail and instant messages. A user of these services assigned to himself or herself a "screen name," that is, a name by which that user would be identified to other users of these communications services. AOL users also submitted a profile of themselves that AOL maintained and that was accessible to other AOL users.

   c. Defendant DOUGLAS J. SCHULTZ subscribed to AOL services and used the screen name "SCHULTZD94."

2. Beginning on or about June 17, 2002, and continuing to on or about July 10, 2002, in the Northern District of Illinois, Eastern Division, and elsewhere,

DOUGLAS J. SCHULTZ,

defendant herein, using a facility and means of interstate commerce, including interstate wire

13

communications and AOL communications services, did knowingly attempt to persuade, induce, and entice "Tina," whom defendant believed to be a female minor who had not attained the age of 18, but who in fact was an undercover law enforcement agent, to engage in sexual activity for which defendant could be charged with a criminal offense;

In violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about July 10, 2002, in the Northern District of Illinois, Eastern Division, and elsewhere,

## DOUGLAS J. SCHULTZ,

defendant herein, traveled in interstate commerce from in or about North Carolina, to Forest Park, Illinois, for the purpose of engaging in a sexual act, as defined in 18 U.S.C. § 2246(2), with "Tina," whom defendant believed to be a female minor who had not attained the age of 18 years, but who was in fact an undercover law enforcement agent, in violation of Title 18 United States Code, Section 2243(a);

In violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY further charges:

1. The allegations of Counts One and Two of this information are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. As a result of his violations of Title 18, United States Code, Sections 2422(b) and 2423(b),

## DOUGLAS J. SCHULTZ

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all right, title, and interest defendant has in any matter which contains visual depictions described in Title 18, United States Code, Sections 2422 or 2423; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforesaid violations.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 2253 include, but are not limited to, the following items: seized personal computer and associated peripherals, seized floppy and compact disks, and seized storage devices.

4. To the extent that the property described above as being subject to forfeiture pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred to, sold to, or deposited with a third person;

   (c) has been placed beyond the jurisdiction of the court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without

difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 18, United States Code, Section 2253(o).

All pursuant to Title 18, United States Code, Section 2253.

*Patrick J. Fitzgerald* / HC
UNITED STATES ATTORNEY